**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 19-0117 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CEDRIC THOMPSON | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Magistrate Judge's Report and Recommendation (Record Document 127);

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress (Record Document 94) is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 10th day of March, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT